| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                          DATE: September 26, 2005
❒ BOND HEARING
❒ DETENTION HEARING              Digital Recording 2:20 - 2:38
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker     DEPUTY CLERK: Joyce Taylor

CASE NO. 2:05cr201-T                              DEFENDANT NAME: Erica Ruth Stillwell

AUSA: Tommie Hardwick                         DEFT. ATTY: Kevin Butler

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

USPO/USPTS: Tamara Martin

Interpreter needed: ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest September 26, 2005 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒ set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❒ Set for DISCOVERY DISCLOSURE DATE: 9/26/05 |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: 4/24/06 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |