IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:05cr201-T |
| | ) | |
| **ERICA RUTH STILLWELL** | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, Erica Ruth Stillwell, in the above-styled case.

Dated this 27th day of September 2005.

                                                                    Respectfully submitted,

                                                                     s/Jennifer A. Hart
                                                                     **JENNIFER A. HART**
                                                                     FEDERAL DEFENDERS
                                                                     MIDDLE DISTRICT OF ALABAMA
                                                                   201 Monroe Street, Suite 407
                                                                   Montgomery, AL 36104
                                                                   Phone: (334) 834-2099
                                                                   Fax: (334) 834-0353
                                                                   jennifer_hart@fd.org
                                                                   AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189