**COURTROOM DEPUTY'S MINUTES**                **DATE: October 17, 2005**

**MIDDLE DISTRICT OF ALABAMA**           **Digital Recording: 3:32 - 3:33**

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:  2:05cr201-T**           **DEFENDANT(S) Erica Ruth Stillwell**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Tommie Hardwick | *   Jennifer Hart | |
| | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
      Additional discovery just given to counsel and one more additional discovery to be given to counsel

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
      Plea date - April 17, 2006

❒ **TRIAL STATUS**
      Case will go to trial
      Trial time - 2 days

❒ **REMARKS:**