**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.: 2:05cr201-T** |
| | **)** | |
| **ERICA RUTH STILLWELL** | **)** | |

## <u>ORDER</u>

Having considered the foregoing Motion to Modify Conditions of Pretrial Release To Permit Defendant to Spend Holidays With Family.

**IT IS HEREBY ORDERED** that the defendant's motion for modification is granted to permit Ms. Stillwell to do the following:

1.    Spend Christmas Eve with her maternal grandparents who reside at 2703 Green Oaks Drive in Montgomery from 5:00 p.m. to 12:00 a.m.

2.    Spend Christmas day with her father's family at 206 Rivers Avenue in Eufaula from 8:00 a.m. to 12:00 a.m.

3.    Spend New Year's Day with her paternal grandparents at 55 Twin Oaks Road in Tallassee from 8:00 a.m. to 10:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE