IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr201-T |
| | ) | |
| ERICA RUTH STILLWELL | ) | |

## ORDER

Having considered the foregoing Motion to Modify Conditions of Pretrial Release To Permit Defendant to Spend Holidays With Family.

**IT IS HEREBY ORDERED** that the defendant's motion for modification is granted to permit Ms. Stillwell to do the following:

1. Spend Christmas Eve with her maternal grandparents who reside at 2703 Green Oaks Drive in Montgomery from 5:00 p.m. to 12:00 a.m.

2. Spend Christmas day with her father's family at 206 Rivers Avenue in Eufaula from 8:00 a.m. to 12:00 a.m.

3. Spend New Year's Day with her paternal grandparents at 55 Twin Oaks Road in Tallassee from 8:00 a.m. to 10:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE