IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr201-T |
| | ) | |
| **ERICA RUTH STILLWELL** | ) | |

### MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
### TO PERMIT DEFENDANT TO SPEND HOLIDAYS WITH FAMILY

**COMES NOW** the Defendant, Erica Ruth Stillwell, by and through undersigned counsel, Jennifer A. Hart, and files this Motion to Modify Conditions of Pretrial Release. In support of this Motion, Defendant would show the following:

1. On September 26, 2005, Erica Stillwell was placed on pretrial release.

2. As a condition of her release, Ms. Stillwell was placed on electronic monitoring.

3. Since being placed on pretrial release, Ms. Stillwell has successfully completed the Chemical Addiction Program and has since remained drug-free and employed.

4. Erica Stillwell wishes to spend the holidays with her family. Specifically, she wishes to spend Christmas Eve with her maternal grandparents who reside at 2703 Green Oaks Drive in Montgomery. Erica would like to be with her grandparents from 5:00 p.m. to 12:00 a.m. for Christmas Eve dinner and exchange of gifts.

5. On Christmas day, Ms. Stillwell wishes to spend the day with her father's family at 206 Rivers Avenue in Eufaula from 8:00 a.m. to 12:00 a.m. This residence is approximately 2 hours away from Erica's current residence.

6. Ms. Stillwell also requests that she be permitted to spend New Year's Day with her paternal grandparents at 55 Twin Oaks Road in Tallassee from 8:00 a.m. to

       10:00 p.m.  Ms. Stilllwell estimates travel time each way to/from Tallassee is between one hour and 1 ½ hours.

7.    The United States Probation Office, through Senior USPO Bernard Ross, has no opposition to this requested modification.

**WHEREFORE**, based on the foregoing, Ms. Stillwell respectfully requests that this requested modification be granted.

Dated this 22nd day of December 2005.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

      Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189