## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:05cr201-T** |
| ) | |
| **ERICA RUTH STILLWELL** ) | |

## ORDER

Having considered the Motion to Modify Conditions of Pretrial Release To Permit Defendant to Spend Holidays With Family (Doc. # 43) filed by defendant Erica Ruth Stillwell on December 22, 2005, it is

**ORDERED** that the motion for modification is granted to permit defendant Stillwell to do the following:

1. Spend Christmas Eve with her maternal grandparents who reside at 2703 Green Oaks Drive in Montgomery from 5:00 p.m. to 12:00 a.m.;

2. Spend Christmas day with her father's family at 206 Rivers Avenue in Eufaula from 8:00 a.m. to 12:00 a.m.;

3. Spend New Year's Day with her paternal grandparents at 55 Twin Oaks Road in Tallassee from 8:00 a.m. to 10:00 p.m.

Done, this 23rd day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE