**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

December 23, 2005

## NOTICE OF CORRECTION

TO:       Atty Jennifer Hart

FROM:     Sheila Carnes, Deputy Clerk

SUBJECT:  United States v Erica Ruth Stillwell
          Cr No. 2:05cr201-T
          DN 42, Motion to Modify Conditions of Pretrial Release

The incorrect pdf document was attached to the December 22, 2005, Motion to Modify Conditions of Pretrial Release, document number 42. Since the motion has now been correctly re-filed by your office as document number 43, the pending motion created by document number 42 has been terminated from the Magistrate Judge's pending motions report.