**COURTROOM DEPUTY'S MINUTES**                    DATE: April 3, 2006

**MIDDLE DISTRICT OF ALABAMA**                    Digital Recording: 3:18 - 3:19

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**     **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:05cr201-MHT**                    **DEFENDANT(S) Erica Ruth Stillwell**

|  GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | Jennifer Hart |

❏ **DISCOVERY STATUS:**
   Complete

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Plea negotiations
   Notice of intent to change plea to be filed on or before noon April 12, 2006

❏ **TRIAL STATUS**
   Trial time - 2 days

❏ **REMARKS:**