IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:05cr201-MHT |
| ) | |
| ERICA RUTH STILLWELL   ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, Erica Ruth Stillwell, by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 12th day of April 2006.

                                            Respectfully submitted,

                                            s/Jennifer A. Hart
                                            **JENNIFER A. HART**
                                            FEDERAL DEFENDERS
                                            MIDDLE DISTRICT OF ALABAMA
                                            201 Monroe Street, Suite 407
                                            Montgomery, AL 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            jennifer_hart@fd.org
                                            AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189