| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: April 14, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 4:00 - 4:35 & 5:03 - 5:10 |
| | COURT REPORTER: Mitchell Reisner |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr201-MHT   **DEFENDANT NAME:** Erica Ruth Stillwell
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Jennifer Hart

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
Interpreter present? ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s):** 1 of the Indictment
      ❏ **Count(s):**      ❏ dismissed on oral motion of USA
                  ❏ to be dismissed at sentencing

❏ Written plea agreement filed   **(NO PLEA AGREEMENT)**
√ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment**
❏ **CRIMINAL TERM:**      ❏ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond;   ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel