IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr201-MHT |
| | ) | |
| ERICA RUTH STILLWELL | ) | |

## UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE

**COMES NOW** the Defendant, Erica Ruth Stillwell, by and through her undersigned counsel, Jennifer A. Hart, and respectfully moves this Court to modify the conditions of her release to eliminate the condition that she be subject to electronic monitoring. As grounds for granting this Motion, Defendant would show the following:

1. Erica Stillwell has been pled guilty to one count of knowingly aiding and abetting another in the possession with intent to distribute methamphetamine.

2. Ms. Stillwell was arrested on September 26, 2005 and was released on bond. As a condition of her release, Ms. Still was required to be placed on electronic monitoring and, except for work, remain on home confinement.

3. Shortly after her release, on October 17, 2005, Ms. Stillwell tested positive for methamphetamine. She was then placed in inpatient drug treatment at the Chemical Addiction Program. Ms. Stillwell successfully completed the program in November 2005 and currently attends NA/AA meetings.

4. For the last nine months, Erica Stillwell has remained drug-free and has successfully complied with all the conditions of her pretrial release. Ms. Stillwell has also maintained steady employment at Bandanas Restaurant, which is owned by her

family.

5. Due to her exceptional performance while under supervision, United States Probation Officer Bernard Ross has advised the undersigned counsel that it is unnecessary to continue Ms. Stillwell on electronic monitoring.

6. Ms. Stillwell has no prior criminal history. She is scheduled to be sentenced by this Court on August 2, 2006. However, based upon her exemplary conduct while under supervision, the Defense anticipates that, should a term of imprisonment be imposed, Ms. Stillwell would be allowed to self-surrender at some future date.

7. The Government, through Assistant United States Attorney Tommie Hardwick, does not oppose the granting of this Motion.

**WHEREFORE**, based on the foregoing, Erica Stillwell respectfully requests that the conditions of her pretrial release be modified to terminate the condition of electronic monitoring.

Dated this 18th day of July, 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189