IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr201-MHT |
| | ) | |
| **ERICA RUTH STILLWELL** | ) | |

## AMENDMENT TO MOTION TO MODIFY THE CONDITIONS OF RELEASE

**COMES NOW** the Defendant, Erica Ruth Stillwell, by and through her undersigned counsel, Jennifer A. Hart, and respectfully files this Amendment to her previously filed Motion to Modify the Conditions of Release. The motion should be modified as follows:

1. The Government informed counsel that it opposes the granting of the motion to modify the conditions of release.

2. United States Probation Officer Bernard Ross still does not oppose the granting of the motion to modify the conditions of release.

Dated this 18th day of July, 2006.

                                                                  Respectfully submitted,

                                                                  s/Jennifer A. Hart
                                                                  **JENNIFER A. HART**
                                                                  FEDERAL DEFENDERS
                                                                  MIDDLE DISTRICT OF ALABAMA
                                                                   201 Monroe Street, Suite 407
                                                                   Montgomery, AL 36104
                                                                   Phone: (334) 834-2099
                                                                   Fax: (334) 834-0353
                                                                   jennifer_hart@fd.org
                                                                   AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189