IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-LSC |
| | ) | |
| ERICA RUTH STILLWELL | ) | |

**UNITED STATES' AMENDED MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e)**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Honorable Court to grant the United States' Amended Motion for Downward Departure from a range of 70 to 87 months, and reduce the range by three levels to a range of 51 to 63 months, and sentence Defendant Erica Stillwell to 51 months imprisonment on count one based upon her substantial assistance, and as grounds for this motion, the United States submits the following:

1. On September 8, 2005, a grand jury sitting in the Middle District of Alabama returned a one count indictment against Defendant Erica Stillwell charging her with possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine. Stillwell entered a guilty plea to the charge without a plea agreement.

2. At a later time, Stillwell agreed to a debriefing by a drug task force agent. The debriefing provided information regarding drug activity, most of which was already known by the agent. Stillwell agreed to testify against Amy Pitts during Pitts' sentencing hearing, although the government decided not utilize Stillwell's testimony. In fact, Stillwell appeared at the Federal Courthouse and made herself

      available during the sentencing hearing.  According to the case agent and his prior investigation, Stillwell provided truthful information against other offenders during her debriefing. Further, the defendant may become eligible for a Rule 35 reduction should the government seek future cooperation from Defendant Stillwell, and Stillwell provides additional substantial assistance.

3.     Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), the United States files this motion for a downward departure of three levels to reduce Defendant Stillwell's sentence on count one from the range of 70 - 87 months down to a range of 51 - 63 months.  Thereafter, the government requests that Defendant Stillwell be sentenced to 51 months,  which is at the low end of the reduction.

WHEREFORE, the United States respectfully requests that this Motion for Downward Departure be GRANTED, and sentence Defendant Stillwell to 51 months imprisonment on count one.

Respectfully submitted this 21st day of July 2006.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            s/Tommie Brown Hardwick
                                            TOMMIE BROWN HARDWICK
                                            One Court Square, Suite 201
                                            Montgomery, AL 36104
                                            Phone: (334)223-7280
                                            Fax: (334)223-7135
                                            E-mail: tommie.hardwick@usdoj.gov
                                            ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05cr201-LSC |
| | ) | |
| ERICA RUTH STILLWELL | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Jennifer Hart, Esquire.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T