IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-MHT |
| | ) | |
| ERICA RUTH STILLWELL | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's petition to modify conditions of pretrial release (Doc. # 68) and amended motion to modify (Doc. # 69), filed July 18, 2006, and for good cause, it is

ORDERED that the motions be and hereby are DENIED.

DONE, this 21st day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE