IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:05cr201-MHT |
| ERICA RUTH STILLWELL    ) | |

ORDER

Understanding that counsel for defendant Erica Ruth Stillwell is ill, it is ORDERED that the sentencing hearing for defendant Stillwell, now set for August 2, 2006, is continued until August 4, 2006, at 2:00 p.m. at the Frank M. Johnson Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 1st day of August, 2006.

                                            /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE