IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:05cr201-MHT |
| | ) |
| ERICA RUTH STILLWELL | ) |

**DEFENDANT'S NOTICE OF FILING
CHARACTER REFERENCES FOR SENTENCING**

COMES NOW the Defendant, Erica Stillwell, by and through undersigned counsel, Jennifer A. Hart, and respectfully submits to the Court the attached character references prepared on behalf of the Defendant for consideration at sentencing. These letters include the following:

1. Letter from Gwen Massey, Ms. Stillwell's mother. (July 31, 2006)

2. Letter from Jonathan Waters, Program Director of A Day At A Time Recovery Residence. (July 28, 2006)

3. Letter from Tony Macon, Assistant Baseball Coach at ASU. (July 20, 2006)

4. Letter from Rev. Harry Driggers, Pastor, Danielville Baptist Church.

5. Letter from H. M. Carmichael, former MPD Detective and family friend. (July 27, 2006)

Dated this 4th day of August 2006.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

     Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189