Gwen Massey
358 New Bethel Church Road
LaPine, Alabama 36046
(334) 549-3578

July 31, 2006

The Honorable Judge Myron Thompson
Federal Court House
Montgomery, Alabama

Dear Your Honor;

My daughter, Erica Stillwell, is to be sentenced in your courtroom on Wednesday for a drug offense that she pled guilty to. I believe she felt overwhelmed beyond measure and defeated before she even began. We couldn't afford a paid attorney and though Ms. Jennifer Hart is quite qualified, I'm sure she wasn't able to use resources a retained attorney might. For this, I feel much guilt and anguish. I don't want to see my daughter sent to prison for dealing drugs when I truly believe that she was an addict not a drug dealer. She hung out with them for the drugs.

Since her arrest, Erica, has totally changed her life. She checked herself into a drug treatment facility, finished the inpatient treatment and also completed the outpatient program at CAP. She continues to go to NA and AA meetings and attends church weekly. She recently requested to teach Vacation Bible School in our church and when she was told by the pretrial officer that she could not, she was terribly upset and disappointed. She use to teach 3 & 4 year olds in her teens and she was so excited to be working with them again but that was not to be because of her house arrest.

While on house arrest, Erica, has not been late once. She has been clean for every drug screening since her treatment, which has been over 8 months. She is a changed person, for the better. Of course, as her mom, I see the changes better than anyone. Erica doesn't have the mood swings she had while on drugs. I am also her employer and while once I couldn't trust her to run the cash register, I can now say that I trust her totally. She has even changed her attitude from one who could care less about showing up to one who is so very professional with customers, who takes responsibility to do a job well and who (now) expects that from others as well.

This is Erica's first offense. She has never been in trouble before. I believe she has learned more from this than anyone can know. Her every move has been monitored, not a date or even extra time for family events. She has not missed a day of work and wants to work whenever there is extra available. She pays for the monitoring and an extra telephone line for the monitoring system in addition to her other regular bills. She is truly trying to be a productive member of society.

Your Honor, I ask for mercy for Erica. Please don't send her to prison, she has worked so hard to overcome the past and she continues to grow into a mature young lady.

Sincerely,

*Gwen Massey*

Gwen Massey