A DAY AT A TIME
RECOVERY RESIDENCE
4470 SOUTH SLAUSON CIRCLE
MONTGOMERY, ALABAMA 36106
334-271-4930

07/28/06

Judge Myron Thompson
1 Church Street
Montgomery, Alabama 36104

RE: Erica Stillwell  DOB- 02/17/1982 SS# 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

Dear Judge Thompson:

This letter is to inform you and any other concerned parties, of my ten-month and continued relationship with Erica Stillwell. As the Program Director of A Day at a Time Recovery, and Narcotics Anonymous Meeting Coordinator for Chemical Addiction Treatment Center here in Montgomery, Al I had occasion to meet Ms. Stillwell last year at the Narcotics Anonymous meetings at the treatment center and help mentor her in the recovery process. At that time she was just restarting her life after the current run-in with the legal system and her outlook for the future was bleak at best. Erica though, much to my pleasant surprise, has been steadfast in her recovery from drug addiction and is taking responsibility for her past indiscretions. She works full time days at A Social Event Catering Inc. and more importantly she has decided to further enhance her recovery by helping others as a member of the New Beginnings Group, I Sponsor, for the inpatient drug treatment program at night.

Ms. Stillwell clearly has not forgotten her past but instead is using those negative experiences to motivate herself, and at the same time, assist others in the ever continuing recovery process. I do not believe I could be prouder to say that Erica Stillwell is a friend of mine and believe that any consideration you could give in her continued assimilation back into mainstream society would not be a misguided use of the courts time.

I would like to thank you for this opportunity to express my feelings in regard this young woman who is truly changing her life.

Sincerely,

*[signature]*

Jonathan Waters – Program Director