

DEPARTMENT OF ATHLETICS

HEAD BASEBALL COACH

July 20, 2006

Tony Macon
ASU Baseball Office
P.O. Box 271
Montgomery, AL 36101

Judge Myron Thompson
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Your Honor,

Erica Stillwell and I met each other approximately nine months ago while I was working at Chemical Addiction Program (CAPS). I knew immediately that she was one, if any of the clients, which would be able to recover from the mishandling of her life. After talking with her and listening, *three hours a day*, I was pleased with the ABI agent by which she was apprehended by for not only stopping drugs from traveling, but a life that was traveling an even rougher road. Miss Stillwell needed God that night she was arrested and he showed up as one of our state's finest representatives. Without Him she would still be traveling the wrong path.

Since she has left CAPS, I have spoken with her on a consistent basis, one so consistent may I say that the young lady arrested in late-2005 is not the young lady you are judging today. The young lady whom you are readying to judge is guilty by act, but so *innocent* by life. A Supreme Court Justice once said, "I would rather let a guilty man go free than to lock up one that is innocent." In this case, the act was one of guilt; but, her life is so so innocent. I really do believe that Miss Stillwell is done with her *actus reus & mens rea.*

In closing I would like to say, "*actus non facit reum nisi mens sit rea,*" which means: "an act does not make a person guilty unless their mind is also guilty." Thank you Your Honor for your time and consideration.

**ALABAMA STATE UNIVERSITY**

P.O. BOX 271

MONTGOMERY,

ALABAMA

36101-0271

334.229.4228

www.alasu.edu

Tony Macon
Assistant Baseball Coach