# Danielville Baptist Church
91 Danielville Rd., Honoraville, AL 36042
Phone # (334) 537-9212    Pastor: Harry Driggers

Hon. Myron Thompson
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711
July 31, 2006

Re: Erica Stillwell

Your Honor:

    I am Rev. Harry Driggers, pastor of Danielville Baptist Church in Honoraville, Alabama. I am writing to you on behalf of Erica Stillwell, a defendant in your court. I have known Ms. Stillwell for five years. She accepted Christ when she was around 13 or 14 years old. I believe she is a good person and got caught up with the wrong people. This is her first offense; therefore, I am asking you to please be as lenient as possible within the limits of the law. Thank you for your time and consideration on this matter.

                                              Sincerely,

                                              Rev. Harry Driggers
                                              Pastor, Danielville Baptist Church