July 27, 2006

Judge Myron Thompson
US District Court
PO Box 711
Montgomery, AL 36101-0711

Re: Miss Erica Stillwell

Dear Sir:

    I am writing this letter on behalf of Erica Stillwell. My wife and I have known Erica since 1997 when she was only 15 years old. She has always been a friendly and warm-hearted child. She has made a grave mistake with her life but we feel she is very aware of this fact. We believe Erica is ashamed and repentant of what she did. Please consider that she is only a young woman with her whole life ahead of her. She is anxious to start on a new road. A road that is positive and productive as a law-abiding citizen and a Christian adult. Please give her another start to a new life. Let her put this awful and scary experience in her past with lessons learned and look toward her future with hope and anticiapation. As a retired Montgomery Police Detective, I feel Erica does not belong in the prison system.

    We appreciate your consideration and your time.

Sincerely,

H. M Carmichael

3309 COTTONWOOD DRIVE • MONTGOMERY, ALABAMA • 36109
PHONE: 334-277-2194