# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   August 4, 2006          AT   2:55   A.M./P.M.

DATE COMPLETED   August 4, 2006          AT   4:50   A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:05cr201-MHT
        vs.

ERICA RUTH STILLWELL

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie Brown Hardwick | X | Atty Jennifer Hart |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| Time | Event |
|---|---|
| 2:55 p.m. | Sentencing hearing commenced. No plea agreement. Parties discussion regarding motion for downward departure. Probation states that downward departure is consistent with similar cases. Defendant objects to proposed sentence and request lighter sentence. |
| 3:30 p.m. | Recess. |
| 3:42 p.m. | Sentencing continues. Witness Sworn. Government evidence presented. Sentence imposed. Defendant's oral motion to modify conditions of pretrial release. |
| 4:12 p.m | Recess. |
| 4:31 p.m. | Sentencing continues. |
| 4:35 p.m. | Recess. |
| 4:50 p.m | Parties' Discussion regarding electronic monitoring of defendant. Oral order granting oral motion to modify pretrial release. |
| 4:55 p.m. | Hearing concluded. |