```
           IN THE UNITED STATES DISTRICT COURT FOR THE
             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA                              2:05CR201-MHT

        VS.

ERICA RUTH STILLWELL
```

___

    GOVERNMENT                                          DEFENDANT

<u>WITNESS LIST</u>

1. JOE HERMAN _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____