IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr201-MHT |
| | ) | |
| ERICA RUTH STILLWELL | ) | |

**NOTICE OF APPEAL**

**NOW COMES** the Defendant, Erica Ruth Stillwell, by and through undersigned counsel, Jennifer A. Hart, and files this notice of appeal of her conviction and sentence in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Dated this 14th day of August 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                      Respectfully submitted,

                                      s/Jennifer A. Hart
                                      **JENNIFER A. HART**
                                      FEDERAL DEFENDERS
                                      MIDDLE DISTRICT OF ALABAMA
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      jennifer_hart@fd.org
                                      AL Bar Code: HAR189