AO 245B     (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:          ERICA RUTH STILLWELL
CASE NUMBER:        2:05-cr-201-002-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

51 Months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐     at _____ ☐ a.m.   ☐ p.m.     on _____ .

☐     as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X     before 2 p.m. on     _____September 11, 2006_____ .

☐     as notified by the United States Marshal.

☐     as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

OCT - 6 2006

## RETURN

I have executed this judgment as follows:

v/s

Defendant delivered on ____9-11-06____ to ____FPC MN IC____

at ____Maxwell____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL