# United States Court of Appeals
## For the Eleventh Circuit

No. 06-14413

District Court Docket No.
05-00201-CR-T-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Mar 2, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

ERICA RUTH STILLWELL,

    Defendant-Appellant.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: March 2, 2007
For the Court: Thomas K. Kahn, Clerk
By: Harper, Toni



ISSUED AS MANDATE
APR 0 2 2007
U.S. COURT OF APPEALS
ATLANTA, GA