IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr201-MHT |
| **ERICA RUTH STILLWELL** | ) | |

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 2, 2007, affirming the judgment of conviction and sentence pronounced in this case as to defendant Erica Ruth Stillwell on August 4, 2006, and entered on August 10, 2006 (Doc. no. 81), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 2, 2007, and received in the office of the clerk of this court on April 3, 2007 (Doc. no. 88), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Erica Ruth Stillwell on August 4, 2006, and

entered on August 10, 2006, (Doc. no. 81), is continued in full force and effect.

DONE, this the 20th day of April, 2007.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE